NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### TERRI L. TORAIN,
*Petitioner,*

v.

### SMITHSONIAN INSTITUTION,
*Respondent.*

---

2011-3135

---

Petition for review of the Merit Systems Protection Board in case no. DC0752100533-I-1.

---

## ON MOTION

---

## ORDER

Terri L. Torain moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 2 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Terri L. Torain
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK